# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

JEFFREY KRIVIT AND MARY KRIVIT,

    Plaintiffs,

vs.

METLIFE AUTO AND HOME INSURANCE AGENCY INC., METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, ECONOMY PREMIER ASSURANCE COMPANY, and INFORMATION PROVIDERS, INC.,

    Defendants.

No. 08-CV-0039-LRR

**ORDER**

_____

    The matter before the court is Defendants' Joint Motion to Remand ("Motion") (docket no. 6).

    On April 18, 2008, all Defendants except Information Providers, Inc. ("IPI") filed a Notice of Removal ("Removal") (docket no. 2). The Removal was filed prior to IPI's appearance in the state court proceedings in the Iowa District Court in and for Linn County, from which the instant action was removed. Therefore, at the time of the Removal, IPI had not, and could not, consent to the Removal. Since the Removal was filed, IPI has appeared in the underlying state court action. IPI has not consented to the Removal. On May 7, 2008, Defendants, including IPI, filed the Motion. Plaintiffs have not yet responded to the Motion and the time for doing so has not yet expired. However, the court elects to rule on the Motion without waiting for a resistance. *See* Local Rule 7.e.

    "'It is well settled that a removal c[an] not be effected unless all the parties on the same side of the controversy unite[]'" in a removal. *Pritchett v. Cottrell, Inc.*, 512 F.3d

1057, 1062 (8th Cir. 2008) (quoting *Chicago, R.I. & P. Ry. v. Martin*, 178 U.S. 245, 248 (1900)). "[T]he failure of one defendant to consent renders the removal defective[.]" *Pritchett*, 512 F.3d at 1062. When a district court examines a notice of removal, "[i]f it clearly appears on the face of the notice and any exhibits annexed thereto that removal should not be permitted, the court shall make an order for summary remand." 28 U.S.C. § 1446(c)(4). Absent IPI's consent to the Removal, the court cannot exercise removal jurisdiction over this action. Accordingly, the court shall grant the Motion and remand the instant action.

For the foregoing reasons, the Motion (docket no. 6) is **GRANTED** and the instant action is **REMANDED** to the Iowa District Court in and for Linn County.

**IT IS SO ORDERED.**

**DATED** this 8th day of May, 2008.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA